## STATE OF MAINE *vs.* HENRY STICKNEY.

Kennebec County. Decided June 3, 1914. Complaint and warrant against the respondent for having in his possession intoxicating liquors with intent to unlawfully sell same in this State, based upon section 47 of chapter 29, R. S. Verdict, guilty. Exceptions by respondent. Exceptions overruled. *W. H. Fisher,* County Attorney, for State. *Benedict F. Maher,* for defendant.

---

## GEORGE B. WARNER *vs.* NARRAGANSETT MUTUAL FIRE INS. CO.

## GEORGE B. WARNER *vs.* DIRIGO MUTUAL FIRE INS. CO.

Kennebec County. Decided June 3, 1914. Actions on two fire insurance policies to recover the insurance therein written. The policy issued by the Narragansett Company covered the plaintiff's stock of merchandise and store fixtures and furnishings contained in a building occupied by him as a dwelling house and store, and that of the Dirigo Company covered his household goods, furniture, wearing apparel, etc. Verdict in each case for the plaintiff. Motions by defendants in each case for new trial. Motion in each case overruled. *Ralph W. Crockett,* for plaintiff. *Newell & Skelton,* for defendant.